UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| EDWIN ROBERT HUGHES, | Civil 05-1137 (JRT/FLN) |
| Plaintiff, | |
| v. | **O R D E R** |
| ST. MARY'S UNIVERSITY, et al., | |
| Defendants. | |

_____

EDWIN ROBERT HUGHES, Post Office Box 2174, Burnsville, Minnesota 55337, *pro se* plaintiff.

KURT J. ERICKSON, **McCOLUM, CROWLEY, MOSCHET & MILLER**, 7900 Xerxes Avenue South, Suite 700, Minneapolis, Minnesota 55431, for defendants St. Mary's University and Haley Links.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 27, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendants' motion for judgment on the pleadings [Docket #30] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.


DATED: February 17, 2006
at Minneapolis, Minnesota

                                        s/John R. Tunheim
                                        JOHN R. TUNHEIM
                                        United States District Judge